# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
Appellant,
vs.
24-7MOTORCOACH.COM,
Respondent.

No. 83171

**FILED**

JUL 29 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order that denied appellant's appeal from a justice court judgment. Eighth Judicial District Court, Clark County; Tara D. Clark Newberry, Judge.

The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cadish

cc:   Hon. Tara D. Clark Newberry, District Judge
      Wilbert Roy Holmes
      24-7Motorcoach.com
      Eighth District Court Clerk